1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-00099 SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| RENNY SALDIVAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Kersten, attorney for the defendant, that the preliminary hearing scheduled for September 11, 2015 at 1:30 p.m. be moved to September 18, 2015 at 1:30 p.m.. The undersigned Assistant U.S. Attorney will be attending an office conference in Sacramento on Thursday, September 10, 2015 (as will a majority of the office), and will be unavailable to present the case to the grand jury. The government has provided initial discovery to the defendant. Defense counsel conferred with the defendant, who agrees to the continuance in light of receipt of the discovery.

///
///
///
///
///
///
///
///

Motion Hearing Stipulation                            1

The parties further stipulate that the defendant consents and there is good cause – "taking into account the public interest in the prompt disposition of criminal cases." As such, Rule 5.1(d) permits the Court to extend the time limit to hold the preliminary hearing of 14 days from the initial appearance (which is September 11, 2015).

Dated: September 8, 2015                           Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                          By       /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney

Dated: September 8, 2015                           /s/ Eric Kersten
                                                   ERIC KERSTEN
                                                   Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **September 8, 2015**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

Motion Hearing Stipulation                         2